✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Probation
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  7:16-CR-00002-001 (HL) |
| **CAROL NEEMA BIGGS** | |

  Carol Biggs has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Guide to Judiciary Policy; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts, and it appears she is no longer in need of supervision. It is accordingly recommended that Carol Biggs should be discharged from supervision.

Respectfully submitted,

*Shaderricka Williams*

Shaderricka D. Williams
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this   24th   day of   June  , 2026.

*Leslie Abrams Gardner*

LESLIE ABRAMS GARDNER
CHIEF U.S. DISTRICT JUDGE